**David SKUNDOR, Plaintiff–Appellant,**

v.

**Howard PAINTER; Rick Nottingham, Captain, QII Unit Commander; James Rubenstein, Commissioner of the West Virginia Division of Corrections, in his official capacity, Defendants–Appellees.**

No. 02–7626.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 23, 2002.

David Skundor, Appellant Pro Se. Charles Patrick Houdyschell, Jr., West Virginia Division of Corrections, Charleston, West Virginia; Darrell V. McGraw, Jr., Office of the Attorney General of West Virginia, Charleston, West Virginia, for Appellees.

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

David Skundor appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Skundor v. Painter,* No. CA–00–463 (S.D.W.Va. Sept. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*